**Hayward Leon ROGERS,**
**Plaintiff—Appellant,**

v.

**Lieutenant John BRINKLEY, Guard, McCormick Correctional Institution; McCormick Correctional Institution; South Carolina Department of Corrections, Defendants—Appellees.**

No. 07–6477.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.

Hayward Leon Rogers, Appellant Pro Se. Roy F. Laney, Nikole Deanna Haltiwanger, Thomas Lowndes Pope, Riley, Pope & Laney, LLC, Columbia, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hayward Leon Rogers appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Rogers' motion to remand the case and affirm for the reasons stated by the district court. *Rogers v. Brinkley,* No. 8:06–cv–01278–MBS, 2007 WL 789929 (D.S.C. Mar.14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*